COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE __SouTHERN__ DISTRICT OF TEXAS
__CoRpus CHRISTI__ DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 4 2000

MICHAEL N. MILBY CLERK

__DARRYL STEVEN TURNER #885610.__
Plaintiff's name and ID Number

__GARZA WEST, T.F. UNIT.__
Place of Confinement

CASE NO. __C 00 016__
(Clerk will assign the number)

v.

__Cpt. G. McCLARIN, DHO__
Defendant's name and address

__WARDEN, DIAZ; HEAD WARDEN.__
Defendant's name and address

__THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE. GARZA WEST, TRANSFER UNIT. GARZA WEST, TF. HC02. BOX. 995. BEEVILLE, TEXAS. 78102/HEREIN ∴__
Defendant's name and address __AFTHER-G.W.__
( DO NOT USE "ET AL.")

_____

I.  PREVIOUS LAWSUITS:

   A.  Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?   ___YES  __X__NO

   B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1.  Approximate date of filing lawsuit: __N-A__

      2.  Parties to previous lawsuit:
         Plaintiff(s) __N-A__
         Defendant(s) __N-A__

      3.  Court (If federal, name the district; if state, name the county) __N-A__

      4.  Docket Number: __N-A__

      5.  Name of judge to whom case was assigned: __N-A__

      6.  Disposition: (Was the case dismissed, appealed, still pending?) __N-A__

      7.  Approximate date of disposition: __N-A__

ATC1983 (Rev.04/98)                    2

II. PLACE OF PRESENT CONFINEMENT: __GARZA WEST, TF UNIT.__

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?  __X__ YES  ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system. → __Note: THERE HASN'T BEEN A RESPONSE TO THE STEP 2 AS OF YET STILL.__

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: __DARRYL STEVEN TURNER__
__GARZA WEST, TF. HC02, Box. 995__
__BEEVILLE, TEXAS. 78102__

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: __CPT. G. McCLARIN, DHO (FNU)__
__GARZA WEST, TF, HC02, BOX. 995. BEEVILLE, TEXAS. 78102__

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

__THIS CPT. McCLARIN, REFUSED TO ACKNOWLEDGE MY MEDICAL HEALTH AND CONDITION AND THE MEDICAL SUFFERING I COULD HAD ENDURED.__

Defendant #2 __WARDEN, DIAZ.__

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

__TO MY ACKNOWLEDGEMENT AND UNDERSTANDING, THIS WARDEN, APPROVED ALL ACTION'S THAT WAS DONE AND TAKEN IN WHICH THIS CPT. MADE.__

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: __[blacked out], N/A__

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

" "

Defendant #5: __N/A__

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

" "

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

__ON NOVEMBER. 23, 1999, AT ABOUT 07:30 AM OR 08:30 AM WHEN AFTER TAKING THE TIME TO TALK WITH LT. GIVENS, IN G-BUILDING, THAT__

ATC1983 (Rev.04/98)                                3

WHEN CPT. G. McCLARIN, WALKED UP TO ME AND CLEARLEY STATED TO ME YOUR STATING YOUR NOT GOING TO HOE SQUARD? I THEN STATED TO HIM, I'VE GOT A MEDICAL RESERTION AND IT'S DO TO MY "GRAND MAL ~~~~ SEIZURES". AND THAT'S WHEN HE CPT. McCLARIN STATED TO ME; "IF YOU DO NOT TURN OUT TO WORK TOMORROW - I DO HAVE A PLACE ON THE HILL FOR YOU AND OR G-BUILDING. AND IF SOMETHING WISH TO HAPPEN TO YOU, THEN WE'LL WORRIE ABOUT IT THEN AND HELP YOU." THEN THAT'S WHEN I WAS SENT BACK TO THE DORM UNTIL TALKING TO THE MAJOR OF THE PROBLEM AND THEN HE REMOVED ME OFF THIS HOE SQUAD AND PLACED TO MEDICAL UTILITY.

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'LL LIKE $95,000.00 FOR WRONGFUL MEDICAL KNOWLEDGE WHEN NOT IN MEDICAL FIELD. $95,000.00 FOR PLACEING MY LIFE IN MAJOR DANGER; $30,000.00 FOR THE MENTAL SUFFERING AND THURTING OF MY LIFE AND HEALTH.

VII. **BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:
DARRYL TURNER, DARRYL STEVEN TURNER, JAMEE POPE JR,

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
#885610 - TDCJ NO./ SID 565009 COUNTY JAIL NO AT BEXAR COUNTY DENT CENTER

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ____YES  X NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): __N-A__
   2. Case Number: __N-A__
   3. Approximate date sanctions were imposed: __N-A__
   4. Have the sanctions been lifted or otherwise satisfied?  N-A  YES ____ NO

C. Has any court ever warned or notified you that sanctions could be imposed?  N-A  YES ____ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

ATC1983 (Rev.04/98)                                    4

the same questions.)

1. Court that imposed warning (if federal, give the district and division): __N-A__
2. Case Number: __N-A__
3. Approximate date warnings were imposed: __N-A__

Executed on: __N-A__
　　　　　　　　DATE

__N-A-N__
(Signature of plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __07th Friday__ day of __January__, __2000__.
　　　　　　　　(Day)　　　　　　　　　　(month)　　　　　(year)

(Signature of plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

ATC1983 (Rev.04/98)　　　　　　　　5