IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| DARRYL STEVEN TURNER | § |
| | § |
| V. | § C.A. NO. C-00-16 |
| | § |
| G. MCCLARIN, ET AL. | § |

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

This case is referred to United States Magistrate Judge B. Janice Ellington, who shall manage and prepare this case for trial. Magistrate Judge Ellington shall exercise all authority granted to her under 28 U.S.C. § 636 including, without limitation, resolution of discovery disputes and other pretrial disputes between the parties. On case or party dispositive motions where decision of the district judge is necessary, the magistrate judge shall make recommendations to the district judge promptly.

ORDERED this _____28_____ day of _____January_____, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE