# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

**FEB 0 1 2000**

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DARRYL STEVEN TURNER | § | |
| | § | 5. |
| V. | § | C.A. NO. C-00-16 |
| | § | |
| G. MCCLARIN, ET AL. | § | |

## NOTICE OF POWER TO CONSENT

Your case has been referred to the Honorable B. Janice Ellington, United States

Magistrate Judge of the United States District Court for the Southern District of Texas, Corpus

Christi Division, for pretrial preparation.  You are further advised that you have the power to

consent to have Magistrate Judge Ellington try your case.  28 U.S.C. § 636(c).  If you

consent, Magistrate Judge Ellington will be enabled to consider all matters placed before her,

including the power to convene and conduct trial by jury with appeal directly to the Court of

Appeals for the Fifth Circuit.  The Court has confidence in Magistrate Judge Ellington's

abilities to consider and promptly hear your case.

If you desire to exercise your power of consent to trial before the magistrate judge,

please sign the enclosed consent form and return it within fifteen (15) days.

ORDERED this _____28_____ day of _____, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DARRYL STEVEN TURNER | § | |
| | § | |
| V. | § | C.A. NO. C-00-16 |
| | § | |
| G. MCCLARIN, ET AL. | § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

Under 28 U.S.C. § 636(c), the parties to this civil matter waive their right to proceed before

a district judge and consent to have a United States Magistrate Judge conduct all further proceedings,

including the trial and judgment.  The United States Magistrate Judge has the authority to conduct

trials by jury, and the parties understand that they are not waiving their rights to a trial by jury by this

consent to proceed before a United States Magistrate Judge.  Appeal shall be to the United States

Court of Appeals for the Fifth Circuit under 28 U.S.C. § 636 (c)(3).

SIGNATURE OF PLAINTIFF(S):                    SIGNATURE OF DEFENDANT(S):

_____            _____

_____            _____

_____            _____

## ORDER OF REASSIGNMENT

Upon the consent of the parties, it is ordered that this matter is assigned to the Honorable B.

Janice Ellington,  United States Magistrate Judge,  to conduct all further proceedings, including final

judgment.

_____
DATE

_____
UNITED STATES DISTRICT JUDGE