Civil Case no.# CA-C-00-16.

Darryl Steven Turner
vs.
Capt. G. McClarin, et al.

Feburey. 09th,

United States District Court
Southern District of Texas
FILED
FEB 14 2000
MICHAEL N. MILBY CLERK

Clerk

This letter here is also to give notice of a change of address to the Court to be placed on file and to have if needed at all.

I was transferred from Garza West, I.F. on 2/4/2000 and sent to this facility herein. For I'm only here at this unit temp for now until transferred once again. So do let the record and file show and be noted that new contact address is as stated:

Byrd unit; P.O. Box. 100
Huntsville, Texas. 77342-0100.

So do be awear of any change now by letter(s) that has been mailed into the Courts office now.

Thank you of your time.

Sincerly Yours;
DARRYL STEVEN TURNER #885610

[signature] #885610
Feb. 09th 2000

DST: Rpg.
D. CC: