IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 22 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DARRYL STEVEN TURNER | § § | |
| V. | § § | C.A. NO. C-00-16 |
| G. MCCLARIN, ET AL. | § § | |

### ORDER FOR MORE DEFINITE STATEMENT

Proceeding *pro se* and *in forma pauperis*, plaintiff filed a civil rights complaint under 42 U.S.C. § 1983 alleging that defendants acted with deliberate indifference to his serious medical needs (D.E. 1). So that the Court can properly evaluate the merits of plaintiff's action, plaintiff is hereby ORDERED to submit a more definite statement of the facts involved in his claims. The response shall be labeled "Plaintiff's More Definite Statement."

Specifically, plaintiff shall answer the following:

(1)  State the conduct of each defendant which allegedly violated your constitutional rights.

(2)  Did you work in the hoe squad? If so, on what dates? Did the work pose a risk to your health? Did you ever have a seizure while working in the fields?

(3)  Who assigned you to the hoe squad and on what date?

(4)  Did your medical records or classification file restrict you from working on the hoe squad?

(5)  Are you suing defendant McClarin for threatening to make you work on the hoe squad?

(6)  Are you suing defendant Diaz because he is a supervisor?

(7)   What were your duties while working on the hoe squad?

(8)   Were you ever injured while working on the hoe squad? If so, please describe the nature and extent of the injury and what, if any, medical treatment was provided for the injury.

(9)   Did you write grievances or I-60s to any prison officials regarding your work assignment to the hoe squad? If so, please attach copies of those grievances and correspondence and any other grievances or correspondence related to the facts alleged in this lawsuit.

Plaintiff is ORDERED to submit the responses by copying each question as posed by the Court and writing the answer under each question, in numbered paragraphs corresponding to each question. **The Court will not entertain any other claims not related to the above-noted questions.** Plaintiff must also include in his answer the following affirmation: "I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

Plaintiff is further ORDERED to respond within **thirty (30) days** of the date of this order by submitting to the Clerk an original and one copy for each defendant he wishes to name so that each defendant may be served. The Clerk will not issue summons until plaintiff's supplemental statement is evaluated by the court. Failure to comply as directed may result in the dismissal of this action.

ORDERED this 17 day of February, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE