IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



United States District Court
Southern District of Texas
ENTERED

MAR 0 1 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DARRYL STEVEN TURNER | § § | |
| v. | § § | C.A. NO. C-00-16 |
| G. McCLARIN, ET AL. | § | |

## ORDER OF RE-ASSIGNMENT

Consistent with the plaintiff's consent to proceed to trial before a magistrate judge (D.E. 11), the Court re-assigns this case to United States Magistrate Judge B. Janice Ellington for all further proceedings and entry of judgment in accordance with 28 U.S.C. §636(c); <u>Neals v. Norwood</u>, 59 F.3d 530 (5th Cir. 1995). Any appeal will proceed directly to the United States Court of Appeals for the Fifth Circuit.

In the event defendants are joined and service of process is ordered, all defendants will be given an opportunity to consent to the jurisdiction of the magistrate judge. If all defendants do not consent, this order of re-assignment will be vacated, and the case will be returned to the docket of this judge for final disposition. <u>Id.</u>

ORDERED this \_\_29\_\_ day of \_\_\_Feb_____, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE