# Notice of Change of Address.

Darryl Steven Turner #885610.

vs.

Capt. H. McClarin, et al.

United States District Court
Southern District of Texas
FILED

MAR - 9 2000

MICHAEL N. MILBY, CLERK

Case number: CA-C-00-16.

Clerk,

The reason of this letter is to inform the of my Move Once again to this facility if my first notice hasn't been received yet of a week 1/2 ago.

I'd like the Court to know for the Record that I've been placed at the facility of "Byrd Diagnostic Unit P.O. Box 1138. Huntsville, Texas. 77342-0180."

This information was mailed unto the Clerk of this said Court and yet to receive any paper work informing me of receiving my Change of address and if any other paper work was to be sent also.

So I do hope that this letter is received and accepted also.

Thank you of this attention herein.

Sincerely Yours,

Darryl Steven Turner #885610.

March 5, 2000 - 03/05/2000

D ST. Rgp.

C.C.

Filed.

13.