IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 15 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| DARRYL STEVEN TURNER | § | |
| | § | |
| V. | § | C.A. NO. C-00-16 |
| | § | |
| G. MCCLARIN, ET AL. | § | |

## MOTION FOR VOLUNTARY DISMISSAL

I, _Darryl Steven Turner_, plaintiff, seek voluntary dismissal under Rule 41(a), Fed. R. Civ. P. because I do not want to pay the filing fee in this case.

_____
Plaintiff

_____
Date

14.