IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 22 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DARRYL STEVEN TURNER | § | |
| | § | |
| V. | § | C.A. NO. C-00-16 |
| | § | |
| G. McCLARIN, ET AL. | § | |

### ORDER GRANTING PLAINTIFF'S
### MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff's motion for voluntary dismissal (D.E. 14) is **GRANTED**.

ORDERED this 20 day of March, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE